IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    Defendant. | Case No. 16-cv-441 |

NOTICE OF APPEARANCE

Megan A. Crowley (N.Y. Bar No. 4930376), United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel of record for Defendant.  All future correspondence and other communications regarding this case should be directed to Ms. Crowley at the following addresses:

**FOR U.S. MAIL**   Megan A. Crowley
U.S. Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044

**FOR COURIER**   Megan A. Crowley
**AND HAND**   U.S. Department of Justice
**DELIVERIES**   Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, Room 7148
Washington, D.C. 20001

**U.S. MAIL SENT TO THE ADDRESS FOR COURIER AND HAND DELIVERIES MAY TAKE UP TO THREE WEEKS TO REACH COUNSEL.**

Ms. Crowley may be reached by phone at (202) 305-0754 or by electronic mail at megan.a.crowley@usdoj.gov.  Faxes for Ms. Crowley should be sent to (202) 616-8470.

Dated: April 14, 2016	Respectfully submitted,

                                                                                BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

MARCY BERMAN
Assistant Director, Federal Programs Branch

*/s/ Megan A. Crowley*
MEGAN A. CROWLEY
(N.Y. Bar No. 4930376)
Trial Attorney
United States Department of Justice
Civil Division − Federal Programs Branch
20 Massachusetts Avenue NW, Room 7148
Washington, D.C. 20530
Email: megan.a.crowley@usdoj.gov
Telephone: (202) 305-0754
Fax: (202) 616-8470

*Attorneys for Defendant*