UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS UNITED,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES<br>DEPARTMENT OF STATE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 16-0441 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court in this FOIA case are a complaint and an answer. The requirements of Local Civil Rule 16.3 and Rule 26(f) of the Federal Rules of Civil Procedure appear to be inapplicable. Therefore, it is

**ORDERED** that by April 28, 2016, defendant shall inform the Court of the extent to which the FOIA requests at issue in this case are duplicative of other pending requests and the status of those requests. And it is

**FURTHER ORDERED** that by May 12, 2016, defendant shall file a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of documents to plaintiff.

                /s/ Amy B. Jackson
                AMY BERMAN JACKSON
                United States District Judge

DATE:  April 14, 2016